UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Everett Laboratories, Inc.                        :        Civil No.  08-75  (KSH)
        Plaintiff (s)
                                                 :
    vs.
                                           :        ORDER
River's Edge Pharmaceuticals, LLC

        Defendant(s)        :

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 11th  day of June 2008,

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                                       /s/ Katharine S. Hayden
                                                      KATHARINE S. HAYDEN            U.S.D.J.

```
cc:
    File
    Magistrate Judge Shwartz
```